AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| | **FILED**<br>CLERK, U.S. DISTRICT COURT<br><br>**04/09/2026**<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____RAM_____ DEPUTY |

United States of America

v.

CHAMEL ABDULKARIM,

Defendant

Case No.  5:26-mj-00213-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of April 7, 2026, in the County of San Bernardino in the Central District of California, and elsewhere, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 844(i) | Arson of a Building Used in Interstate and Foreign Commerce and Used in Activities Affecting Interstate and Foreign Commerce. |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

/s/ Cole Warner
_____
Complainant's signature

Cole Warner, FBI Special Agent
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  April 9, 2026
_____

Judge's signature

City and state:  Riverside, California
_____

Hon. David Bristow, U.S. Magistrate Judge
Printed name and title

AUSA: Alexander S. Gorin – x3190

## <u>AFFIDAVIT</u>

I, Cole Warner, being duly sworn, declare and state as follows:

### I.   <u>INTRODUCTION</u>

1.   I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been a Special Agent with the FBI since October of 2025. I am currently assigned to FBI Los Angeles Field Office, Riverside Resident Agency, Joint Terrorism Task Force, where I investigate, among other things, people who commit violent criminal acts in furtherance of their political and social ideology, and investigate threats associated with the use of firearms, chemical, biological, radiological, nuclear, and explosive materials. As a Special Agent, I received both formal and informal training from the FBI regarding domestic and foreign investigations. Through my training and experience, I am familiar with the methods of operation that individuals associated with domestic and foreign terrorist organizations employ to communicate with associates regarding their ideology, to organize actions on behalf of their organizations, and to bring attention to their political and social agendas. As an FBI Special Agent, I have also participated in executions of multiple arrests and search warrants, including warrants executed in cases involving domestic terrorism and threats.

2.   Before becoming a Special Agent, I was a Program Analyst in the Financial Management Unit of the Counterintelligence Division for the FBI. I also worked as a Surveillance Specialist assigned to the FBI Washington Field

1

Office. I have received 22 weeks of instruction in the fundamentals of law, ethics, interview, report writing, firearms, surveillance, defensive tactics, and case management at the FBI Academy in Quantico, Virginia. In the course of my employment with the FBI, I have investigated a variety of domestic terrorism, counterterrorism, counterintelligence, and criminal investigations, including the interviewing of witnesses and subjects, physical surveillance, analyzing data from electronic devices, executing search warrants, and the arrest of individuals wanted for various violations of federal and state law. I have also personally participated in the execution of search warrants involving the search and seizure of electronic devices, vehicles, and documents of criminal activities. In addition to my formal training, I have learned from and worked alongside numerous FBI agents with years of experience in counterterrorism and criminal investigations. Throughout my experiences with these agents, I have received training and real-time experience in various investigative techniques, including interviewing, evidence collection, surveillance, and data analysis.

## II.  **PURPOSE OF AFFIDAVIT**

3.   This affidavit is made in support of a criminal complaint against, and arrest warrant for, CHAMEL ABDULKARIM ("ABDULKARIM") for a violation of 18 U.S.C. § 844(i) (Arson of a Building Used in Interstate and Foreign Commerce and Used in Activities Affecting Interstate and Foreign Commerce).

2

4.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended merely to show that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of the investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only, all amounts are approximate, and all dates and times are on or about those indicated.

### III.  SUMMARY OF PROBABLE CAUSE

5.    On April 7, 2026, ABDULKARIM filmed himself setting fire to multiple pallets of paper goods inside of a large distribution center in Ontario, California.  As ABDULKARIM lit the fires, he stated: "if you're not going to pay us enough to fucking live or afford to live, at least pay us enough not to do this shit."  The fires ABDULKARIM set quickly consumed the entire 1.2 million square foot facility in fire, resulting in the complete destruction of the building and causing approximately $500,000,000 of damage.

6.    Specifically, on April 7, 2026, at approximately 12:34 a.m., Ontario Police Department received a call for service for a structure fire at a large commercial warehouse located at 4815 S. Hellman Avenue in Ontario, California (the "Victim Address").

7.    Local law enforcement responded to the Victim Address and found ABDULKARIM, an employee at the now burning warehouse,

approximately two miles from the Victim Address.  A law enforcement officer asked where he worked, and ABDULKARIM replied that he worked at "that fire shit right there" and said he was "confessing." Officers found a lighter branded with "FC Bayern Munich" on ABDULKARIM's person when he was taken into custody.

8.    A video posted to ABDULKARIM's personal Instagram account on April 7, 2026, showed, from a first-person perspective, an individual setting fires to multiple pallets of paper goods inside a warehouse using a lighter. The lighter in the Instagram video appears to be the same as the one found on ABDULKARIM's person when he was taken into custody.

9.    Based on witness interviews and text messages authored by ABDULKARIM, ABDULKARIM made statements related to his motive for setting the building on fire, including the following: "I just cost these motherfuckers billions"; "1% is a fucking joke" and "All you had to do was pay us enough to live. Pay us more of the value WE bring. Not corporate. Didn't see the share holders picking up a shift."

### IV.  STATEMENT OF PROBABLE CAUSE

10.    Based on my review of law enforcement reports, conversations with other law enforcement agents and fire department investigators, and my own knowledge of the investigation, I am aware of the following:

**A.    Law Enforcement Response to Fire at Victim Address**

11.    According to local law enforcement records, on April 7, 2026, at 12:34 a.m., Ontario Police Department ("Ontario PD")

4

received a call for service for a structure fire at a large commercial warehouse located at the Victim Address. Ontario Fire Department responded and requested assistance from multiple additional fire departments due to the size of the fire and the need to ensure the fire did not spread to surrounding buildings. According to local law enforcement, approximately 18 employees were working inside the Victim Address at the time of the fire. All employees successfully evacuated and no injuries have been reported. According to the local fire inspector, the structure fire was likely caused by arson.

12.    Employees at the scene stated ABDULKARIM had been seen at the Victim Address prior to the start of the fire, but was not present with the other evacuated employees. Law enforcement personnel that responded to the fire reported the building was completely engulfed in flames by 1:15 a.m. Approximately 175 firefighters from 14 agencies responded to contain the fire. The entire 1.2 million square foot warehouse caught fire. A manager working for the Victim company initially estimated that the fire caused approximately $500,000,000 worth of damage to property and products inside the warehouse.

**B.    Detention of and Arrest of ABDULKARIM**

13.    Around the same time as the call for service for the structure fire, Witness 1[1] called Ontario PD to request a wellness check for ABDULKARIM. Shortly before the fire, Witness 1 received text messages from ABDULKARIM that stated he wanted

---

[1] Witness 1's identity is known to the FBI but is being concealed to protect the witness's privacy. Witness 1 has a close personal relationship with ABDULKARIM.

to "say goodbye" and that "he just wants to hear [his/her] voice one more time." Witness 1 also told the dispatcher that ABDULKARIM worked at the Victim Address.

14.  While the fire was ongoing, Ontario PD Officers arrived at the Victim Address looking for ABDULKARIM. Officers encountered ABDULKARIM approximately two miles from the warehouse walking along a sidewalk. This encounter was recorded by at least one Ontario PD Officer's body-worn camera. Based on my review of the body camera footage, ABDULKARIM approached the officers with his hands up and with what appears to be a cellphone with its flashlight on pointed at the officers, and appeared to be talking on the phone with someone.[2] ABDULKARIM stated he was "turning himself in."  ABDULKARIM did not respond when asked what his name was but pulled his wallet out of his pocket and threw it at the feet of a nearby police officer.

---

[2] A law enforcement officer asked ABDULKARIM whom he was on the phone with, and he replied, "my roommate."

6

15.     ABDULKARIM sat on the edge of the sidewalk after being directed to by an Ontario PD Officer (see photo below).



16.   An Officer asked ABDULKARIM where he worked, and he replied, "that fire shit right there." ABDULKARIM also told officers, "I'm confessing.". Ontario PD placed ABDULKARIM in handcuffs and searched his pockets. During this search, an officer found a lighter with "FC Bayern Munich" branding. Following being taken into custody, an officer asked if ABDULKARIM's name is "Chamel" and he replied "Yes, that is the name on my wallet." At this point, ABDULKARIM stopped answering officer questions saying, "I don't answer questions."

**C.   ABDULKARIM Posted Videos of Starting the Fire on His Personal Instagram**

17.   On April 7, 2026, Ontario PD Officers interviewed Witness 1. Witness 1 provided law enforcement with a video from

7

what Witness 1 identified as ABDULKARIM's Instagram account, "gentleman_without_a_filter". The video was posted to ABDULKARIM's Instagram story earlier that evening. I reviewed the video that was posted, and learned the following information from my review of the footage:

a.   The video started with the view of a pallet of paper product and a voice said, "if you're not going to pay us enough to fucking live or afford to live, at least pay us enough not to do this shit." A hand then reached into frame holding a lighter which is used to set the paper products on fire (see photo below).



b.    The video cut to a shot depicting a pallet of paper products set on fire within a large warehouse (see photo below).



c.    The video then showed the camera pointed at the ground and the same voice said, "should have paid us enough to fucking live."

d.    The video moved on to show the inside of a large warehouse with a pallet burning in the distance. A hand holding a cigarette came into frame holding a lighter with a logo for FC Bayern Munich. The same voice said, "you know, we may not get paid enough to fucking live, but these bitches dirt cheap" (see photo below).



10

e.    The video then depicted a wide shot of the warehouse with several pallets of paper good on fire (see photo below). The voice repeated several times "all you had to do was pay us enough to live."



f.    The last shot of the video showed the fire spreading throughout the warehouse and the voice said, "there goes your inventory". Witness 1 confirmed the voice recorded on the video files is ABDULKARIM's voice.



**D.    ABDULKARIM Tells Multiple Witnesses About His Motivation for Starting the Fire**

18.    Witness 1 told law enforcement that she received a call from ABDULKARIM shortly before ABDULKARIM was detained by Ontario PD. Witness 1 recorded a portion of this conversation with ABDULKARIM, and provided the recording to law enforcement.

19.    During that call, Witness 1 asked about ABDULKARIM's motivation for setting the fire and ABDULKARIM responded, "they had it coming . . . fucking eight hours, six days, [unintelligible] stuck paying rent on a bullshit ass apartment that I can't afford to fucking live . . . pedophiles out here fucking children, profiting off [unintelligible] fucking wars."

20.    In the same call, ABDULKARIM also stated "a lot of people are going to understand" and then compared what he did to when "Luigi popped that mutherfucker."[3] ABDULKARIM also said, "I just cost these motherfuckers billions." ABDULKARIM sent to Witness 1 multiple photographs via text message of the exterior of the building and the fire as he was walking away from the warehouse.

21.    According to messages provide to law enforcement, ABDULKARIM texted a co-worker about his motivation for the arson at approximately 1:33 a.m. on April 7, 2026. In those messages, ABDULKARIM texted, among other things, the following: "1% is a fucking joke"; "Billionaires profiting off of war..."; and "All you had to do was pay us enough to live. Pay us more of the

---

[3] ABDULKARIM appears to be referencing Luigi Mangione. Mangione was indicted on 11 New York state charges and four federal charges for the December 4, 2024, murder of UnitedHealthcare CEO Brian Thompson.

value WE bring. Not corporate. Didn't see the share holders picking up a shift."

## V.  Additional Information About the Victim and the Victim Address

22.  According to public information, the Victim company is a consumer goods and manufacturing company that conducts business nationally and internationally. The Victim reported revenue of over $20 billion in 2024.

23.  The warehouse at the Victim Address was a 1.2 million square foot facility and the value of the products and equipment that was destroyed is estimated to be valued at $500,000,000. Based on my training and experience, I believe that the building used by the Victim company is a building used in interstate commerce and used in activities affecting interstate commerce, within the meaning of 18 U.S.C. § 844(i).

## VI. CONCLUSION

24.  For all the reasons described above, there is probable cause to believe that ABDULKARIM has committed a violation of 18 U.S.C. § 844(i), Arson of a Building Used in Interstate and Foreign Commerce and Used in Activities Affecting Interstate and Foreign Commerce.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 9th day of
April 2026.

HONORABLE DAVID BRISTOW
UNITED STATES MAGISTRATE JUDGE

14